IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


GLENN FRANCIS BAUGHMAN                                                        PLAINTIFF

v.                                    Case No. 5:14-CV-5314

SHERIFF KELLEY CRADDUCK;
LIEUTENANT DARNER; DEPUTY
NORTHROB; DEPUTY SCOTT;
DEPUTY PHILLPOT; DEPUTY PARK;
SERGEANT DEWEY; CORPORAL
PEARSON; DEPUTY APPLEGATE;
DEPUTY J. MARTINEZ; DEPUTY
MCELLROY; and DEPUTY WILKENS                                                 DEFENDANTS

**O R D E R**

Currently before the Court is the report and recommendation (Doc. 31) of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Defendants filed a motion for summary judgment (Doc. 24), and the Plaintiff filed a response (Doc. 29). On July 29, 2016, the Magistrate Judge entered her report and recommendation. No objections have been filed, and the time for objections has passed.

After careful review, the Court finds that the Magistrate's report contains no clear error and that the findings and recommendations should be approved and adopted as this Court's findings in all respects. The Magistrate Judge's report makes findings of fact concerning Plaintiff's claims of (1) denial of access to courts; (2) deprivation of property without due process of law; (3) improper handling of grievances; and (4) delay in transporting him to a prison facility. While the alleged denials, deprivations, delays, and mishandlings asserted by the Plaintiff might not have been conducted in the way that he would have found appropriate under the circumstances, they do not violate constitutional standards that would subject the Defendants to liability.

Furthermore, Defendants are entitled to qualified immunity, and any official capacity claims asserted under 42 U.S.C. § 1983 cannot proceed for failure to identify an unconstitutional policy or custom.  The Court agrees with the conclusions of law in the report and recommendation, and hereby ADOPTS the report and recommendation (Doc. 31) in its entirety.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 24) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE